■ CHARLES FLICK, Respondent, v EASTMAN KODAK CO., INC., Defendant and Third-Party Plaintiff. MONROE PIPING & SHEET METAL, INC., Third-Party Defendant and Fourth-Party Plaintiff; FRONTIER INSULATION/ROCHESTER, INC., Fourth-Party Defendant-Appellant. (Appeal No. 2.) [636 NYS2d 681] —Order unanimously affirmed with costs. Same Memorandum as in *Flick v Eastman Kodak Co.* (222 AD2d 1033 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE DULAC, Appellant. [636 NYS2d 691] —Judgment unanimously affirmed. Memorandum: Defendant contends that his absence during a *Sandoval* conference warrants reversal. We remitted the matter for a reconstruction hearing *(see, People v Dulac,* 209 AD2d 1045). County Court's finding that no conference was held is supported by the record of the reconstruction hearing. Thus, defendant's contention lacks merit. We likewise reject defendant's contention that the court's failure to conduct a *Sandoval* conference warrants reversal. The record of the reconstruction hearing shows that the court's ruling on the People's *Ventimiglia* application rendered defendant's request for a *Sandoval* ruling academic. Moreover, after the *Ventimiglia* ruling, defense counsel never requested a decision on his *Sandoval* motion. (Resubmission of Appeal from Judgment of Niagara County Court, Hannigan, J.—Rape, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.